IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00052-ZLW

ROBERT JOSEPH ZANI,

    Applicant,

v.

U.S. MARSHALS SERVICE, Denver, and
THE TEXAS BOARD OF CRIMINAL JUSTICE, Huntsville,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2009

GREGORY C. LANGHAM
            CLERK

---

## ORDER REINSTATING AND DISMISSING CASE

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on September 15, 2009, this civil action is reinstated. Also pursuant to the Tenth Circuit mandate, the habeas corpus application is denied and the action dismissed without prejudice for lack of jurisdiction. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on September 15, 2009. It is

FURTHER ORDERED that the habeas corpus application is denied and the action dismissed without prejudice for lack of jurisdiction.

DATED at Denver, Colorado, this 21 day of Sept, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00052-ZLW

Robert Joseph Zani
Prisoner No. 328938
Michael Prison
P.O. Box 4500
Tennessee Colony, TX 75886

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/23/09

GREGORY C. LANGHAM, CLERK

By: _____
                 Deputy Clerk